UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JOSE RODRIGUEZ,

                Plaintiff,

        v.                            9:04-CV-0358
                                           (FJS/GHL)

GLEN S. GOORD, et al,

                Defendants.

APPEARANCES:                            OF COUNSEL:

JOSE RODRIGUEZ, O2-R-2568
   Plaintiff, *Pro Se*
Willard Drug Treatment Center
P.O. Box 303
Willard, New York 14588

ANDREW M. CUOMO               DAVID L. COCHRAN, ESQ.
Attorney General of the             Assistant Attorney General
   State of New York
 Attorney for Defendants
The Capitol
Albany, New York 12224-0341

**FREDERICK J. SCULLIN,   S.J.**

### DECISION AND ORDER

      The above-captioned matter having been presented to me by the Report-Recommendation of Magistrate Judge George H. Lowe filed November 6, 2007, and the Court having reviewed the Report-Recommendation and the entire file in this matter, and no objections to said Report-Recommendation having been filed, the Court hereby

      **ORDERS**, that Magistrate Judge Lowe's November 6, 2007 Report-Recommendation is **ACCEPTED** in its entirety for the reasons stated therein; and the Court further

**ORDERS**, that Defendants' motion, pursuant to Local Rule 41.2(b), to dismiss for Plaintiff's failure to provide notice to the Court of a change of address, is **GRANTED**; and the Court further

**ORDERS**, that the Clerk of the Court enter judgment in favor of the Defendants and close this case.

**IT IS SO ORDERED**.

DATED: November 27, 2007
        Syracuse, New York

                                                  Frederick J. Scullin, Jr.
                                                  Senior United States District Court Judge